| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Ian Bensberg (pro hac vice)<br>ibensberg@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand (pro hac vice)<br>ndiamand@lchb.com<br>Douglas Cuthbertson (pro hac vice)<br>dcuthbertson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>*Counsel for Plaintiffs and the Proposed Class* | WILLKIE FAR & GALLAGHER LLP<br>Eduardo E. Santacana (SBN 281668)<br>esantacana@willkie.com<br>Benedict Y. Hur (SBN 224018)<br>bhur@willkie.com<br>Simona Agnolucci (SBN 246943)<br>sagnolucci@willkie.com<br>Tiffany Lin (SBN 321472)<br>tlin@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: 415.858.7400<br>Facsimile: 415.858.7599<br><br>*Attorneys for Defendant Google LLC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN DIAZ and LEWIS BORNMANN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No.: 5:21-cv-03080-NC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING THE MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Hon. Nathanael M. Cousins |

Pursuant to Civil Local Rules 6-2 and 7-12 Plaintiffs and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 25, 2021, Google moved to dismiss Plaintiffs' Amended Class Action Complaint (Dkt. 37) and filed a request for judicial notice in support of the same (Dkt. 38);

WHEREAS, on September 28, 2021, the Parties informed the Court that they were developing an informal but collaborative discovery process that may resolve many of the pending issues raised in Google's motion to dismiss, and requested modification of the motion to dismiss briefing schedule (*see* Dkt. 47 (Stipulation & Proposed Order)), which the Court granted (*see* Dkt. 48);

WHEREAS, in lieu of formal discovery, the Parties have been actively engaging in a settlement-privileged exchange of information concerning some of the core technological issues relevant to Plaintiffs' allegations,

WHEREAS, as a result of these ongoing and fruitful efforts, the Parties participated in two mediation sessions with the Hon. Read Ambler (Ret.) of JAMS on January 31, 2022 and on February 7, 2022, making significant progress towards resolving this action;

WHERAS, <u>the parties will meet again with Judge Ambler on Friday February 11, 2022, one business day before the deadline for Plaintiffs' opposition to Google's motion to dismiss and request for judicial notice in support of the same;</u>

WHEREAS, modifying the briefing schedule will permit the Parties to focus their time and energy on the latter stages of the mediation process;

WHEREAS, the requested modification to the motion to dismiss briefing schedule will not alter the date of any event or other deadline set by the Court aside from the Court's prior modifications to the briefing and hearing schedule for Google's Motion to Dismiss (*see* Dkts. 48, 51, 54, and 56);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. The deadline for Plaintiffs' opposition to Google's motion to dismiss and request for judicial notice in support of the same is moved from **February 14, 2022** to **February 28, 2022**.

2. The deadline for Google's reply brief in support of its motion to dismiss and request for judicial notice in support of the same is moved from **February 28, 2022** to **March 14, 2022,** or the earliest date thereafter that is convenient to the Court.

3. The hearing on Google's motion to dismiss and request for judicial notice in support of the same is moved from **March 16, 2022** to **March 30, 2022**, or the earliest date thereafter that is convenient to the Court.

4. The case management conference currently scheduled for **March 16, 2022** is moved to **March 30, 2022,** or the earliest date thereafter that is convenient to the Court.

Dated: February 10, 2022         */s/ Michael W. Sobol*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Ian Bensberg (*pro hac vice*)
ibensberg@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
Douglas Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York,  NY 10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

Dated: February 10, 2022  */s/ Benedict Y. Hur*
Benedict Y. Hur (SBN 224018)
bhur@willkie.com
Simona Agnolucci (SBN 246943)
sagnolucci@willkie.com
Eduardo E. Santacana (SBN 281668)
esantacana@willkie.com
Tiffany Lin (SBN 321472)
tlin@willkie.com
WILLKIE FAR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.858.7400
Facsimile: 415.858.7599

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: _____    _____

Honorable Nathanael Cousins

**Filer's Attestation**

In accordance with Civil Local Rule 5-1(h)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from counsel for Defendant Google LLC.

Dated:  February 10, 2022
*/s/ Douglas I. Cuthbertson*
Douglas I. Cuthbertson
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP