LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Ian Bensberg (pro hac vice)
ibensberg@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
ndiamand@lchb.com
Douglas Cuthbertson (pro hac vice)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Counsel for Plaintiffs and the Proposed Class*

WILLKIE FARR & GALLAGHER LLP
Eduardo E. Santacana (SBN 281668)
esantacana@willkie.com
Benedict Y. Hur (SBN 224018)
bhur@willkie.com
Simona Agnolucci (SBN 246943)
sagnolucci@willkie.com
Tiffany Lin (SBN 321472)
tlin@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.858.7400
Facsimile: 415.858.7599

*Attorneys for Defendant Google LLC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JONATHAN DIAZ and LEWIS
BORNMANN, on behalf of themselves
and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No.: 5:21-cv-03080-NC

**NOTICE OF SETTLEMENT AND JOINT
STIPULATION TO STAY THE CASE
PENDING THE FILING OF MOTION FOR
APPROVAL OF SETTLEMENT**

Hon. Nathanael M. Cousins

1       Pursuant to Civil Local Rules 6-2 and 7-12 Plaintiffs and Defendant Google LLC

2   ("Google") (collectively, the "Parties"), by and through their respective counsel of record, hereby

3   stipulate as follows:

4       WHEREAS, on September 28, 2021, the Parties informed the Court that they were

5   developing an informal but collaborative discovery process to resolve many of the pending issues

6   raised in Google's motion to dismiss, and requested modification of the motion to dismiss

7   briefing schedule (*see* Dkt. 47 (Stipulation & Proposed Order)), which the Court granted (*see* Dkt.

8   48);

9       WHEREAS, the Parties worked on the informal but collaborative discovery process

10   through January 2022 and attended mediation sessions conducted by Zoom on January 31, 2022,

11   February 7, 2022, and February 11, 2022 with the Hon. Read Ambler (Ret.) of JAMS;

12       WHEREAS, on February 18, 2022, the Parties executed a term sheet for the settlement of

13   all of Plaintiffs' claims against Google;

14       WHEREAS, the Parties are working on finalizing settlement documentation forthwith.

15       IT IS HEREBY STIPULATED AND AGREED TO:

16       1.    All litigation activities shall be stayed, including any deadlines concerning

17   Google's pending motion to dismiss and request for judicial notice in support of the same (*see*

18   Dkt. 58), except for those litigation activities necessary to finalize a settlement agreement and to

19   effectuate the settlement approval process;

20       2.    The case management conference currently scheduled for March 30, 2022 (*see*

21   Dkt. 58) shall be removed from the Court's calendar;

22       3.    The Parties will submit a proposed briefing schedule for Plaintiffs' preliminary

23   approval motion by March 11, 2022; and

24

25

26

27

28

1          4.      The litigation stay agreed to herein shall be automatically lifted if the Court denies

2    or otherwise fails to grant Plaintiffs' preliminary approval motion.

3    Dated: February 24, 2022          */s/  Douglas I. Cuthbertson*

4                                     Douglas Cuthbertson (*pro hac vice*)
                                      dcuthbertson@lchb.com
5                                     Nicholas Diamand (*pro hac vice*)
                                      ndiamand@lchb.com
6                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                      250 Hudson Street, 8th Floor
7                                     New York,  NY 10013
                                      Telephone:  212.355.9500
8                                     Facsimile:  212.355.9592

9                                     Michael W. Sobol (SBN 194857)
                                      msobol@lchb.com
10                                    Melissa Gardner (SBN 289096)
                                      mgardner@lchb.com
11                                    Ian Bensberg (*pro hac vice*)
                                      ibensberg@lchb.com
12                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                      275 Battery Street, 29th Floor
13                                    San Francisco, CA  94111-3339
                                      Telephone:  415.956.1000
14                                    Facsimile:  415.956.1008

15
     Dated: February 24, 2022          */s/  Benedict Y. Hur*
16                                    Benedict Y. Hur (SBN 224018)
                                      bhur@willkie.com
17                                    Simona Agnolucci (SBN 246943)
                                      sagnolucci@willkie.com
18                                    Eduardo E. Santacana (SBN 281668)
                                      esantacana@willkie.com
19                                    Tiffany Lin (SBN 321472)
                                      tlin@willkie.com
20                                    WILLKIE FARR & GALLAGHER LLP
                                      One Front Street, 34th Floor
21                                    San Francisco, CA 94111
                                      Telephone:  415.858.7400
22                                    Facsimile:  415.858.7599

23

24

25

26

27

28

- 2 -

1  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
2  Michael W. Sobol (SBN 194857)
   msobol@lchb.com
3  Melissa Gardner (SBN 289096)
   mgardner@lchb.com
4  Ian Bensberg (pro hac vice)
   ibensberg@lchb.com
5  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
6  Telephone: 415.956.1000
   Facsimile: 415.956.1008
7
   LIEFF CABRASER HEIMANN &
8  BERNSTEIN, LLP
   Nicholas Diamand (pro hac vice)
9  ndiamand@lchb.com
   Douglas Cuthbertson (pro hac vice)
10 dcuthbertson@lchb.com
   250 Hudson Street, 8th Floor
11 New York, NY 10013
   Telephone: 212.355.9500
12 Facsimile: 212.355.9592

13 *Counsel for Plaintiffs and the Proposed Class*

WILLKIE FARR & GALLAGHER LLP
Eduardo E. Santacana (SBN 281668)
esantacana@willkie.com
Benedict Y. Hur (SBN 224018)
bhur@willkie.com
Simona Agnolucci (SBN 246943)
sagnolucci@willkie.com
Tiffany Lin (SBN 321472)
tlin@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.858.7400
Facsimile: 415.858.7599

*Attorneys for Defendant Google LLC.*

14

15                UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                     SAN JOSE DIVISION

18

19 JONATHAN DIAZ and LEWIS
   BORNMANN, on behalf of themselves
20 and all others similarly situated,

21                         Plaintiffs,

22             v.

23 GOOGLE LLC,

24                         Defendant.

Case No.:  5:21-cv-03080-NC

**[PROPOSED] ORDER RE: NOTICE OF
SETTLEMENT AND JOINT
STIPULATION TO STAY THE CASE
PENDING THE FILING OF MOTION FOR
APPROVAL OF SETTLEMENT**

Hon. Nathanael M. Cousins

25

26

27

28

NOTICE OF SETTLEMENT AND JOINT STIP. TO STAY THE
CASE PENDING THE FILING OF MOT. FOR
APPROVAL OF SETTLEMENT
CASE NO. 5:21-CV-03080-NC

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

DATED:

4

_____          _____

5

Hon. Nathanael M. Cousins
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

1

**ATTESTATION REGARDING SIGNATURES**

2

  I, Douglas I. Cuthbertson, attest that all signatories listed, and on whose behalf the filing is

3

submitted, concur in the filing's content and have authorized the filing.

4

5

DATED: February 24, 2022      By:  */s/Douglas I. Cuthbertson*
                  Douglas I. Cuthbertson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28