LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Ian Bensberg (pro hac vice)
ibensberg@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
ndiamand@lchb.com
Douglas Cuthbertson (pro hac vice)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Counsel for Plaintiffs and the Proposed Class*

WILLKIE FARR & GALLAGHER LLP
Eduardo E. Santacana (SBN 281668)
esantacana@willkie.com
Benedict Y. Hur (SBN 224018)
bhur@willkie.com
Simona Agnolucci (SBN 246943)
sagnolucci@willkie.com
Tiffany Lin (SBN 321472)
tlin@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.858.7400
Facsimile: 415.858.7599

*Attorneys for Defendant Google LLC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JONATHAN DIAZ and LEWIS BORNMANN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No.: 5:21-cv-03080-NC

**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING THE FILING OF MOTION FOR APPROVAL OF SETTLEMENT**

Hon. Nathanael M. Cousins

Pursuant to Civil Local Rules 6-2 and 7-12 Plaintiffs and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 28, 2021, the Parties informed the Court that they were developing an informal but collaborative discovery process to resolve many of the pending issues raised in Google's motion to dismiss, and requested modification of the motion to dismiss briefing schedule (*see* Dkt. 47 (Stipulation & Proposed Order)), which the Court granted (*see* Dkt. 48);

WHEREAS, the Parties worked on the informal but collaborative discovery process through January 2022 and attended mediation sessions conducted by Zoom on January 31, 2022, February 7, 2022, and February 11, 2022 with the Hon. Read Ambler (Ret.) of JAMS;

WHEREAS, on February 18, 2022, the Parties executed a term sheet for the settlement of all of Plaintiffs' claims against Google;

WHEREAS, the Parties are working on finalizing settlement documentation forthwith.

IT IS HEREBY STIPULATED AND AGREED TO:

1. All litigation activities shall be stayed, including any deadlines concerning Google's pending motion to dismiss and request for judicial notice in support of the same (*see* Dkt. 58), except for those litigation activities necessary to finalize a settlement agreement and to effectuate the settlement approval process;

2. The case management conference currently scheduled for March 30, 2022 (*see* Dkt. 58) shall be removed from the Court's calendar;

3. The Parties will submit a proposed briefing schedule for Plaintiffs' preliminary approval motion by March 11, 2022; and

- 1 -

NOTICE OF SETTLEMENT AND JOINT STIP. TO STAY THE CASE PENDING THE FILING OF MOT. FOR APPROVAL OF SETTLEMENT
CASE NO. 5:21-CV-03080-NC

4. The litigation stay agreed to herein shall be automatically lifted if the Court denies or otherwise fails to grant Plaintiffs' preliminary approval motion.

Dated: February 24, 2022

/s/ Douglas I. Cuthbertson

Douglas Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Ian Bensberg (*pro hac vice*)
ibensberg@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Dated: February 24, 2022

/s/ Benedict Y. Hur

Benedict Y. Hur (SBN 224018)
bhur@willkie.com
Simona Agnolucci (SBN 246943)
sagnolucci@willkie.com
Eduardo E. Santacana (SBN 281668)
esantacana@willkie.com
Tiffany Lin (SBN 321472)
tlin@willkie.com
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.858.7400
Facsimile: 415.858.7599

- 2 -

NOTICE OF SETTLEMENT AND JOINT STIP. TO STAY THE CASE PENDING THE FILING OF MOT. FOR APPROVAL OF SETTLEMENT
CASE NO. 5:21-CV-03080-NC

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Ian Bensberg (pro hac vice)
ibensberg@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
ndiamand@lchb.com
Douglas Cuthbertson (pro hac vice)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Counsel for Plaintiffs and the Proposed Class*

WILLKIE FARR & GALLAGHER LLP
Eduardo E. Santacana (SBN 281668)
esantacana@willkie.com
Benedict Y. Hur (SBN 224018)
bhur@willkie.com
Simona Agnolucci (SBN 246943)
sagnolucci@willkie.com
Tiffany Lin (SBN 321472)
tlin@willkie.com
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.858.7400
Facsimile: 415.858.7599

*Attorneys for Defendant Google LLC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JONATHAN DIAZ and LEWIS BORNMANN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No.: 5:21-cv-03080-NC

**ORDER RE: NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY THE CASE PENDING THE FILING OF MOTION FOR APPROVAL OF SETTLEMENT**

Hon. Nathanael M. Cousins

- 3 -

NOTICE OF SETTLEMENT AND JOINT STIP. TO STAY THE CASE PENDING THE FILING OF MOT. FOR APPROVAL OF SETTLEMENT
CASE NO. 5:21-CV-03080-NC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

February 28, 2022

Hon. Nath[obscured by stamp]
United Sta[obscured by stamp]

UNITED STATES DISTRICT COURT
GRANTED
Judge Nathanael M. Cousins
NORTHERN DISTRICT OF CALIFORNIA

- 4 -

NOTICE OF SETTLEMENT AND JOINT STIP. TO STAY THE CASE PENDING THE FILING OF MOT. FOR APPROVAL OF SETTLEMENT
CASE NO. 5:21-CV-03080-NC

**ATTESTATION REGARDING SIGNATURES**

I, Douglas I. Cuthbertson, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 24, 2022

By: *__/s/Douglas I. Cuthbertson__*
Douglas I. Cuthbertson

- 5 -

NOTICE OF SETTLEMENT AND JOINT STIP. TO STAY THE CASE PENDING THE FILING OF MOT. FOR APPROVAL OF SETTLEMENT
CASE NO. 5:21-CV-03080-NC